IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL A. DAVID, | : | |
| | : | DOCKET NO.: 17-18598-JKF |
| <u>           DEBTOR            </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | SEPTEMBER 12, 2018, at 9:30 A.M. |
| v. | : | |
| | : | |
| MICHAEL A. DAVID, | : | |
| | : | RELATED TO DOCKET NO.: <u>45</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S AMENDED CHAPTER 13 PLAN

    I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Amended Chapter 13 Plan, on the parties at the below addresses, on August 29, 2018, by:

**17-18598-JKF Notice will be electronically mailed to:**

Jermaine D. Harris at jermaineh02@msn.com

Polly A. Langdon at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

William R. Miller at ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**17-18598-JKF Notice will not be electronically mailed to:**

Atlas Acquisitions, LLC
294 Union Street
Hackensack, NJ  07601

EXECUTED ON:  August 30, 2018

                                      Respectfully submitted by,

                    By:    /s/ Joseph J. Swartz
                            Counsel
                            PA Department of Revenue
                            Office of Chief Counsel
                            P.O. Box 281061
                            Harrisburg, PA 17128-1061
                            PA Attorney I.D.:  309233
                            Phone: (717) 346-4645
                            Facsimile: (717) 772-1459
                            JoseSwartz@pa.gov