# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Alexander David <br>                        Debtor(s) <br><br> Lakeview Loan Servicing, LLC, its successors and/or assigns <br>                        Movant <br>       vs. <br><br> Michael Alexander David <br>                        Debtor(s) <br><br> WILLIAM MILLER*R <br>                        Trustee | CHAPTER 13 <br><br><br> NO. 17-18598 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **August 7, 2018; Docket No. 39**.

                                            Respectfully submitted,

                                            **/s/ Rebecca A. Solarz, Esquire**
                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322

October 10, 2018