United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18598-jkf
Michael Alexander David                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Dec 04, 2018
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db         +Michael Alexander David,    6037 Lansdowne Ave,    Philadelphia, PA 19151-3937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JERMAINE D. HARRIS   on behalf of Debtor Michael Alexander David jermaineh02@msn.com
        JOSEPH JASPER SWARTZ   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
         RA-occbankruptcy6@state.pa.us
        KEVIN G. MCDONALD   on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ   on behalf of Creditor    LSF10 Master Participation Trust c/o Caliber Home
         Loans, Inc. bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                                          TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Alexander David<br>    Debtor | CHAPTER 13 |
| LSF10 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer<br>    Movant<br>vs. | NO. 17-18598 JKF |
| Michael Alexander David<br>    Debtor<br><br>Dorothy David<br>    Co-Debtor<br><br>William Miller<br>    Trustee | 11 U.S.C. Sections 362 and 1301 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$8,915.72**, which breaks down as follows;

Post-Petition Payments:    January 2018 to December 2018 at $657.06/month
Fees & Costs Relating to Motion:  $1,031.00
**Total Post-Petition Arrears**    **$8,915.72**

2. The Debtors shall cure said arrearages in the following manner;

    a). By December 16, 2018, Debtors shall tender a down payment of **$1,500.00**;

    b). Beginning on January 1, 2019 and continuing through September 1, 2019, until the arrearages are cured, Debtors shall pay the present regular monthly payment of **$657.06** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$823.97 from January 2019 to August 2019 and $823.96 for September 2019** towards the arrearages on or before the last day of each month at the address below;

Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265

      c).    Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtors and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:  November 27, 2018

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 12/3/18

/s/ Jermaine D. Harris
Jermaine D. Harris, Esquire
Attorney for Debtor

Date: December 3, 2018

/s/ Polly A. Langdon, Esquire, for
William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this __4th__ day of _____December_____, 2018. However, the court retains discretion regarding entry of any further order.

*[Signature]*

Bankruptcy Judge
Jean K. Fitzsimon

Case 17-18598-jkf    Doc 61    Filed 12/06/18    Entered 12/07/18 01:11:09    Desc Imaged
Certificate of Notice    Page 4 of 5